Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000132
03-MAY-2017
08:43 AM

NO. CAAP-17-0000132

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DOUGLAS S. CHIN, Attorney General of the
State of Hawai'i, Plaintiff-Appellee,
v.
HAWAII HEALTH CONNECTOR, a Hawai'i Public
Benefit Corporation, Defendant-Appellee,
and
CGI TECHNOLOGIES AND SOLUTIONS, INC.,
Intervenor-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 16-1-0262)

ORDER
(1) APPROVING STIPULATION FOR DISMISSAL WITH PREJUDICE
AND
(2) DISMISSING ALL PENDING MOTIONS IN CAAP-17-0000132 AS MOOT
(By: Leonard, Presiding Judge, and Reifurth and Ginoza, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice, filed April 27, 2017, by Intervenor-
Appellant CGI Technologies and Solutions, Inc., it appears that
(1) the appeal was docketed on April 24, 2017; (2) pursuant to
Hawai'i Rules of Appellate Procedure Rule 42(b), the parties
stipulate to dismiss the appeal with prejudice and bear their own
costs and attorneys'fees on appeal consistent with the
stipulation approved and entered by the circuit court in the
underlying case, Civil No. 16-1-0262, on April 20, 2017; and (3)
the stipulation filed in this case is dated and signed by counsel
for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation to dismiss the appeal is approved, and the appeal is dismissed with prejudice. The parties shall bear their own costs and attorneys' fees on appeal consistent with the stipulation approved and entered by the circuit court in the underlying case on April 20, 2017.

IT IS FURTHER ORDERED that all pending motions are dismissed as moot.

DATED: Honolulu, Hawai'i, May 3, 2017.

Presiding Judge

Associate Judge

Associate Judge